## Golias *v.* Banik Estate, Appellant.

Argued March 13, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Reginald L. Pawlowski,* for appellant.

*Samuel R. Di Francesco, Sr.,* for appellee.

OPINION PER CURIAM, March 16, 1973:
Decree affirmed.   Each party to pay own costs.